# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00452-CR

### Shannon Eve Meredith, Appellant

### v.

### The State of Texas, Appellee

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
## NO. 3041680, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Shannon Eve Meredith seeks to appeal from an order modifying the conditions of her community supervision. There is no right of appeal from such an order. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 6, 2006

Do Not Publish